

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00433-CV

**IN THE MATTER OF THE MARRIAGE OF LINDA STEWART AND TREVER STEWART AND IN THE INTEREST OF B.S., A CHILD**

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 28569, Honorable Dan Mike Bird, Presiding

February 14, 2020

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant Linda Stewart has filed a motion seeking voluntary dismissal of her appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam